```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7294
```

FILED

2005 MAY 12 A 11: 53

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
　　　　DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 05-0089 LJO |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| LEONARD HEREDIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

　　　Pursuant to the request of the United States of America,

　　　IT IS ORDERED THAT the Court's stay of its release order of the above-named defendant is hereby rescinded.

DATED: May 12, 2005

　　　　　　　　　　　　　　　　/s/ SANDRA M. SNYDER
　　　　　　　　　　　　　　　　U.S. Magistrate Judge

1