DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LEONARD HEREDIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD HEREDIA, Et al.,<br><br>Defendants. | NO. 1:05-Cr-00161 OWW<br><br>APPLICATION FOR ORDER EXONERATING PROPERTY BOND; DECLARATION OF COUNSEL; AND ORDER THEREON<br><br>Judge: Hon. Oliver W. Wanger |

Defendant Leonard Heredia, through counsel Victor M. Chavez, Assistant Federal Defender, hereby moves the court for an order exonerating bond and for reconveyance of real property in the above-captioned case.

On May 6, 2005, defendant Leonard Heredia made an initial appearance in the above-captioned case for arraignment on the Complaint. On May 11, 2005, a detention hearing was held; defendant was ordered released upon posting of a total equity/not less than $150,000.00 property bond. A motion to stay release was filed by the government and granted by the court on May 12, 2005. On May 20, 2005, defendant Heredia was arraigned on an Indictment, and was ordered released from custody upon posting of the property bond as originally ordered. On May 20, 2005, a copy of a Deed of Trust, original signed promissory note and lot appraisal were delivered to the court. (Dkt. #97)  Defendant was released from custody. The original Deed of Trust in the amount of $172,745.50 was received and

1   filed by the Court on July 5, 2005. (Deed of Trust No. 2005-0112245, Receipt #100 201840; Dkt. #135)

    On September 12, 2006, defendant was arraigned on an Information, entered a plea of guilty, and was ordered to surrender into custody on September 15, 2006. Sentencing is scheduled for November 28, 2006.

    On September 15, 2006, Defendant Heredia surrendered to the U.S. Marshal Service. He is in custody at the Fresno County Jail. It is respectfully requested that bond be exonerated and title to the real property reconveyed.

    Dated:   October 11, 2006

                                                        Respectfully submitted,

                                                        DANIEL J. BRODERICK
                                                        Federal Defender


                                                         /s/  Victor M. Chavez
                                                        VICTOR M. CHAVEZ
                                                        Assistant Federal Defender
                                                        Attorney for Defendant
                                                        LEONARD HEREDIA


### DECLARATION OF VICTOR M. CHAVEZ

I, Victor M. Chavez, declare as follows:

1.   I am the Assistant Federal Defender representing Mr. Heredia in this case. I have represented him since May 6, 2005.

2.   On May 11, 2005, a detention hearing was held; defendant was ordered released upon posting of a total equity/not less than $150,000.00 property bond. A motion to stay release was filed by the government and granted by the court on May 12, 2005. On May 20, 2005, defendant Heredia was arraigned on the Indictment, and was ordered released from custody upon posting of the property bond as originally ordered. On May 20, 2005, a copy of a Deed of Trust, original signed promissory note and lot appraisal were delivered to the court on property belonging to his mother and step-father. (Dkt. #97) The original Deed of Trust in the amount of $172,745.50 was received and filed by the Court on July 5, 2005. (Deed of Trust No. 2005-0112245, Receipt #100 201840; Dkt. #135)

4. On September 12, 2006, defendant was arraigned on an Information, entered a plea of guilty, and was ordered to surrender into custody on September 15, 2006.

5. On September 15, 2006, Defendant Heredia surrendered to the U.S. Marshal Service. He is in custody at the Fresno County Jail.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on October 11, 2006, at Fresno, California.

      /s/ Victor M. Chavez
      VICTOR M. CHAVEZ

## **O R D E R**

**IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and title to the real property securing said bond be forthwith reconveyed to the parties who posted said bond.

IT IS SO ORDERED.

**Dated:   October 12, 2006**           **/s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE

Application for Order Exonerating Property Bond;
Declaration of Counsel; [Proposed] Order         3